# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JESSICA ARCEMENT, LAUREN
CHAGNARD, AND AMANDA CONRAD

NO. 2019 CW 0700

VERSUS

BLUE BAYOU WATERPARK, LLC
AND DIXIE LANDIN', LLC

**SEP 3 0 2019**

---

In Re: Jessica Arcement, Lauren Chagnard, and Amanda Conrad, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 678978.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Constr. Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT